```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 58967
   LESLIE A MOTT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2104

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/29/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
GNMA                       CURRENT MORTG          .00            .00            .00
GNMA                       MORTGAGE ARRE       505.75            .00         505.75
AIP CASH WORLD WIDE        UNSECURED        NOT FILED            .00            .00
CASHTODAY LOANS            UNSECURED        NOT FILED            .00            .00
COASTLINE CREDIT           UNSECURED        NOT FILED            .00            .00
DISH NETWORK               UNSECURED        NOT FILED            .00            .00
LOAN MANAGEMENT LLC        UNSECURED        NOT FILED            .00            .00
NATIONAL TITLE LOAN        UNSECURED        NOT FILED            .00            .00
NATIONAL OPPORTUNTIES      UNSECURED        NOT FILED            .00            .00
*NICOR GAS                 UNSECURED          1125.54            .00        1125.54
AT & T BANKRUPCTY          UNSECURED           607.74            .00         607.74
SKYLIGHT                   UNSECURED        NOT FILED            .00            .00
TELLMERICA                 UNSECURED        NOT FILED            .00            .00
UNIVERSITY PARK WATER DE   UNSECURED        NOT FILED            .00            .00
US DEPT OF HUD             SECURED NOT I     4882.30            .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,744.00                      2,744.00
TOM VAUGHN                 TRUSTEE                                           338.14
DEBTOR REFUND              REFUND                                             68.83

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  5,390.00

PRIORITY                                               .00
SECURED                                             505.75
UNSECURED                                         1,733.28
ADMINISTRATIVE                                    2,744.00
TRUSTEE COMPENSATION                                338.14
DEBTOR REFUND                                        68.83
                         ---------------       ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 58967 LESLIE A MOTT
```

```
TOTALS                              5,390.00              5,390.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                              /s/ Tom Vaughn  
                                          _____  
                                          TOM VAUGHN  
                                          CHAPTER 13 TRUSTEE